IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:00-00108-02 |
| | ) | Chief Judge Haynes |
| MARC SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

A revocation hearing in this action was held on April 19, 2013. For the reasons stated in open court, the Defendant is committed to the custody of the Bureau of Prisons for twenty-eight (28) months, and shall not be subject to supervised release upon his release.

It is so **ORDERED**.

**ENTERED** this the _22nd_ day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court