UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:00-cr-00108 |
| | ) | Chief Judge Haynes |
| MARC A. SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ISSUANCE OF A
WRIT OF ENTRY AND PROTECTIVE ORDER

COMES NOW the United States of America, by and through David Rivera, Acting United States Attorney for the Middle District of Tennessee, and Debra T. Phillips, Assistant United States Attorney, pursuant to the Preliminary Order of Forfeiture entered in this matter forfeiting Defendant Marc A. Sutton's interests in certain real property described as follows:

> Real Property commonly known as 4924 Clarksville Pike, Whites Creek, Tennessee titled in the name of Marc A. Sutton and wife, Barbara Sutton and more particularly described as follows:
>
>> Land in Davidson County, Tennessee, being Lot No. 2 on the Final Minor Plat of the Sutton Subdivision, as of record in Instrument Number 20080512-0048898, Register's Office for Davidson County, Tennessee.
>>
>> Being a portion of the property conveyed to Timothy Dansby, an undivided one-half (1/2) interest and Marc A. Sutton and wife, Barbara Sutton, as an undivided one-half (1/2) interest by deed of record in Instrument No. 20071204-0140464, Register's Office for Davidson County Tennessee.
>>
>> Further, being the same undivided one-half (1/2) interest owned by Timothy Dansby and conveyed to Marc A. Sutton and wife, Barbara Sutton by Quit Claim Deed recorded June 23, 2008 in Instrument No. 20080623-0064675, Register's Office for Davidson County Tennessee,

1