UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:00-cr-00108 |
| ) | Chief Judge Haynes |
| MARC A. SUTTON, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF ENTRY UPON
## 4924 CLARKSVILE PIKE, WHITES CREEK, TENNESSEE

**TAKE NOTICE:** Any person interfering with anyone acting under the authority of this Writ of Entry shall be deemed in violation of a Court order and shall be punished under the contempt powers of the Court and may be deemed to have committed a violation of 18 U.S.C. § 2232.

A Preliminary Order of Forfeiture having been issued against 4924 Clarksville Pike, Whites Creek, Tennessee, whose legal description is attached as Exhibit A; and

The United States having requested that the Court issue a Writ of Entry as provided in 21 U.S.C. § 853(g) authorizing it to enter 4924 Clarksville Pike, Whites Creek, Tennessee, including any structures thereon, for the purpose of conducting an inspection and inventory of 4924 Clarksville Pike, Whites Creek, Tennessee and to conduct an appraisal; it is

**ORDERED** that the United States Marshals Service (or its designee) and the Department of Treasury (or its designee), are hereby authorized

1. To enter 4924 Clarksville Pike, Whites Creek, Tennessee, including any structures, on one or more occasions during the pendency of this ancillary proceeding against 4924 Clarksville Pike, Whites Creek, Tennessee, for the purpose of conducting an inspection and inventory and appraisal of 4924 Clarksville Pike, Whites Creek, Tennessee, and

2. To be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of 4924 Clarksville Pike, Whites Creek, Tennessee, which appraisal may include, among other means, still and video photography, and

3. To be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of 4924 Clarksville Pike, Whites Creek, Tennessee, which inspection and inventory may include, among other means, still and video photography, and

4. To be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Issued at Nashville, Tennessee, this _16th_ day of _May_, 2013.

_____
UNITED STATES DISTRICT JUDGE