# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 3:00-cr-00108 |
| ) | Chief Judge Haynes |
| MARC A. SUTTON, ) | |
| ) | |
| Defendant. ) | |

## PROTECTIVE ORDER
## AS TO 4924 CLARKSVILLE PIKE, WHITES CREEK, TENNESSEE

**TO ALL INTERESTED PARTIES**, including and not limited to Titled Owners Marc A. Sutton and wife, Barbara Sutton and his/her agents and any current renters.

**PLEASE TAKE NOTICE THAT** pursuant to 21 U.S.C. § 853 the following is ordered to protect real property located at 4924 Clarksville Pike, Whites Creek, Tennessee[1] (hereinafter "Subject Property"), including all buildings, appurtenances, and improvements thereon from irreparable harm until such time as the United States Marshal Services or Department of Treasury assumes full control of the property.

1. <u>Removal of Items</u>. Titled Owners or his/her agents or any current renters may remove any unaffixed personal items belonging to Titled Owners or his/her agents or any current renter from the Subject Property. Affixed items such as built-in bookshelves, carpeting, flooring, light fixtures, etc., may not be removed from the property.

2. <u>Prohibition of Neglect</u>. Titled Owners or his/her agents will continue to perform normal maintenance of the yard and grounds, as well as the interior of the property to ensure that

---

[1] Legal Description attached as Exhibit A

the value of the property will be maintained. The property shall not be sold, destroyed, or neglected by any interested party or others.

3. <u>Maintenance of Insurance</u>. All fire, flood, and hazard insurance currently on the property will be maintained so that the value of the property will not be impaired in the event of a natural disaster, vandalism or accident. A copy of the insurance coverage will be provided to the United States.

4. <u>Inspection</u>. Representatives of the government, including the United States Marshal Service and/or Department of Treasury shall enter the premises to record and secure the property. Entry may be made from time to time as necessary to insure that all interested parties are in compliance with the Protective Order. Upon entry of the Final Order of Forfeiture or Settlement passing full and complete title to the United States or to another party, this Protective Order will cease.

5. <u>Destruction Or Removal Of Property To Prevent Seizure</u>. No person shall destroy, damage, waste, dispose of, transfer, or otherwise takes any action, or knowingly attempt to destroy, damage, waste, dispose of, transfer, or otherwise take any action, for the purpose of preventing or impairing the Government's lawful authority to take such property into its custody or control or to continue holding such property under its lawful custody and control. Any person who does so may be deemed to be in violation of 18 U.S.C. § 2232. Further, the Court shall hold in contempt any person who takes such action in violation of this Order.

SO ORDERED this __16th__ day of __May__, 2013.

_____
Judge William J. Haynes
United States District Judge

2

Case 3:00-cr-00108 Document 377-1 Filed 05/15/13 Page 2 of 2 PageID #: 133