UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:00-00108 |
| ) | Chief Judge Haynes |
| RUSSELL READUS ) | |

*[Handwritten annotation: GRANT. This motion is unopposed and warrants effective from the date of this Order. Entered 10-25-13]*

## MOTION OF DEFENDANT RUSSELL READUS
## FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, **Russell Readus**, by and through his undersigned counsel, and pursuant to 18 U.S.C.§ 3583(e)(1) & Fed R.Crim.P. 32.1(c), hereby respectfully requests that the Court enter an order terminating the Defendant's supervised release and discharging the Defendant from any further supervision. In support hereof, Defendant states as follows:

1. On June 8, 2007, Judge Echols resentenced Defendant Readus to a term of one hundred and sixty-eight (168) months incarceration and a five (5) year term of supervised release. (Docket Entry 352).

2. Defendant Readus began his term of supervised release on December 28, 2011. Mr. Readus has been on this term of supervised release for the past twenty-two (22) months without incident. Mr. Readus has been compliant with his supervision in all respects, has stable employment and only requires minimal supervision. He is permitted to file his monthly reports with U.S. Probation by mail. All of his drug screens have been negative.

3. Title 18, United States Code, Section 3583(e), contemplates early termination of supervised release in appropriate cases.

> **(e) Modification of conditions or revocation-** The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) -